IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDRE WESTBROOK : CIVIL ACTION

v. :

ANDREW SAUL[1], :
Commissioner of Social Security : NO. 18-5105

ORDER

AND NOW, this 11 day of December, 2019, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, it is HEREBY ORDERED that:

The Claimant's Request for Review is GRANTED IN PART and the matter remanded for a finding as to Westbrook's ability to walk and/or stand which is consistent with the medical and other evidence, and to obtain additional vocational expert testimony to determine whether work is available which would accommodate the new RFC assessment.

BY THE COURT:

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R Civ. Pr. 25(d); and see 42 USC §405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security ...")